

# NUMBER 13-19-00648-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

DANIEL BOUCHARD, D.O. AND
BAY AREA HEALTHCARE GROUP, LTD.
D/B/A CORPUS CHRISTI MEDICAL CENTER,                    Appellants,

v.

JOSEPH TAYLOR, INDIVIDUALLY,
AND ON BEHALF OF SUSIE TAYLOR,                          Appellee.

---

On Petition for Permissive Appeal from the
94th Judicial District of Nueces County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Order Per Curiam**

Appellants Daniel Bouchard, D.O. and Bay Area Healthcare Group. LTD d/b/a

Corpus Christi Medical Center filed a joint petition for permissive appeal on January 9,

2020. *See generally* Tex. R. App. P. 28.3. Appellee, Joseph Taylor, individually and on behalf of Susie Taylor, has not filed a response to the petition for permissive appeal.

The Court, having examined and fully considered the petition for permissive appeal, is of the opinion that the petition should be granted. Accordingly, we GRANT permission to appeal. Thus a notice of appeal is deemed to have been filed on this date. *See id.* R. 28.3(k). The appeal will be governed by the rules for accelerated appeals. *See id.* R. 28.1(e) ("The deadlines and procedures for filing the record and briefs in an accelerated appeal are provided in Rules 35.1 and 38.6.").

We direct the Clerk of the Court to file a copy of this order with the trial court clerk. *See id*. R. 28.3(k).

It is so ORDERED.

PER CURIAM

Delivered and filed the
9th day of March, 2020.

2